**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **MELANIE JEROZAL,** | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 6:21-cv-0018-Orl-22GJK |
| **UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD,** | ) |
| Defendant. | ) |

## DEFENDANT'S NOTICE OF SETTLEMENT

Defendant, through its undersigned counsel and pursuant to Local Rule 3.08(a), M.D. Fla., notifies the Court that the parties have reached a settlement of all claims in this matter. The parties are in the process of finalizing the settlement documents.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 22nd day of January, 2021.

        Respectfully submitted,

        JACKSON LEWIS P.C.
        390 North Orange Avenue, Suite 1285
        Orlando, Florida 32801
        Telephone:   (407) 246-8440
        Facsimile:   (407) 246-8441

        By:   */s/ Amanda A. Simpson*
                Amanda A. Simpson
                Florida Bar No. 0072817
                amanda.simpson@jacksonlewis.com

                Lin J. Wagner
                Florida Bar No. 0093138
                lin.wagner@jacksonlewis.com

        Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 22nd day of January, 2021, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:  Brandon J. Hill, Esquire and Amanda E. Heystek, Esquire, Wenzel Fenton Cabassa, P.A., 1110 N. Florida Avenue, Suite 300, Tampa, FL 33602.

        */s/ Amanda A. Simpson*
          Amanda A. Simpson

4849-7924-0920, v. 1