# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MELANIE JEROZAL,**

    **Plaintiff,**

v.                                            **Case No.:  6:21-cv-0018-Orl-22GJK**

**UNIVERSAL CITY**
**DEVELOPMENT PARTNERS, LTD,**

    **Defendant.**

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, MELANIE JEROZAL, and Defendant, UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

Dated this 26th day of February, 2021.

| | |
|---|---|
| JACKSON LEWIS P.C.<br>390 North Orange Avenue,<br>Suite 1285<br>Orlando, Florida 32801<br>Telephone: 407-246-8440<br>Facsimile: 407-246-8441<br><br>BY: */s/Lin J. Wagner*<br>    Lin J. Wagner<br>    Florida Bar Number: 0093138<br>    E-mail: lin.wagner@jacksonlewis.com<br><br>    Amanda A. Simpson<br>    Florida Bar No. 0072817<br>    amanda.simpson@jacksonlewis.com<br>    Counsel for Defendant | WENZEL FENTON CABASSA, P.A.<br>1110 North Florida Avenue<br>Suite 300<br>Tampa, Florida 33602<br>Telephone:  813-224-0431<br>Facsimile:  813-229-8712<br><br>BY: */s/Brandon J. Hill*<br>    Brandon J. Hill<br>    Florida Bar Number: 0037061<br>    E-mail:  bhill@wfclaw.com<br>    Counsel for Plaintiff |